# EXHIBIT 1-A

18 June 2019

U.S. Citizenship and Immigration Services
National Records Center, FOIA/PA Office
ATTN: Jill A. Eggleston, Director, FOIA Operations
P.O. Box 648010
Lee's Summit, MO 64064-8010

Re: Lost and/or missing files

Dear Ms. Eggleston,

This is a request under the Freedom of Information Act.

Recently, I have had some file requests returned to me, with information that the files were considered lost. This has happened to several clients as well, and so appears to be a somewhat frequent issue with USCIS record requests, whether via FOIA or the Genealogy Program.

The wording on the response letters received within the last several months is as such: "We are unable to provide or process the record you requested because the C-file has been determined to be lost and/or missing from our record holdings. The Department requires that we exhaust our efforts to locate the file until such time as the file is found or it can be determined that the file has been destroyed or lost. We have followed proper protocol and have conducted a thorough search of our record holdings, but have been unsuccessful in locating this file. Presently, the Department is working with the records holding facility to rectify this issue through record reconciliations and auditing procedures. This process "finds" previously lost files every day, thus another Record Request in future could yield a different result."

My request is for information in regards to these record reconciliations and auditing procedures mentioned.

Could you provide me with a copy of the Records Policy Manual (RPM) outlining these procedures? What is this process called?

I am interested in obtaining a copy of the RPM covering these procedures, as well as any Standard Operating Procedures (SOPs) from the records holding facilities themselves.

Furthermore, is there any data available relating to the finding of "lost" files? Do you have a success rate, or information on how many files have actually been found through these procedures?

I look forward to hearing from you soon. Please let me know if there is any other information I can provide in relation to this matter.



Thank you for your time.

Sincerely,

Richard Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net
412.339.0602

