UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECLAIM THE RECORDS, ALEC FERRETTI, ALEX CALZARETH, and RICH VENEZIA,

                Plaintiffs,

-against-

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

                Defendant.

**DECLARATION OF SERVICE**

Index No. 1:23-cv-01997

 

I, Sophie M. Nettesheim, do hereby state and affirm under penalties of perjury that the following is true and correct:

1. I am over 18 years of age and am not a party to this action.

2. On April 26, 2023, I served the below-listed documents upon Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES by email to email addresses Jeffrey.Oestericher@usdoj.gov, CaseView.ECF@usdoj.gov, and USANYS.ECF@USDOJ.gov.

   a. Complaint with Exhibits 1A through 89B,
   b. Civil Cover Sheet,
   c. Proposed Summons to Def USCIS,
   d. Summons to Def USCIS,
   e. Notice of Appearance of Q Adams,
   f. Hon. Engelmayer's Individual Rules,
   g. Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and
   h. United States District Court Southern District of New York Electronic Case Filing Rules & Instructions, November 1, 2022 Edition.

Dated:      Brooklyn, New York
              April 26, 2023

By: _____
          Sophie M. Nettesheim

# Sophie Nettesheim

| | |
|---|---|
| **From:** | Sophie Nettesheim |
| **Sent:** | Wednesday, April 26, 2023 2:07 PM |
| **To:** | jeffrey.oestericher@usdoj.gov; caseview.ecf@usdoj.gov; usanys.ecf@usdoj.gov |
| **Cc:** | Katherine "Q" Adams |
| **Subject:** | Reclaim the Records, et al. v. USCIS, Index 1:23-cv-01997 |
| **Attachments:** | To Serve.7z |

Greetings:

With regards to the aforementioned matter, please find the below-listed documents attached for service upon Defendant United States Citizenship and Immigration Services:

a. Complaint with Exhibits 1A through 89B,
b. Civil Cover Sheet,
c. Proposed Summons to Def USCIS,
d. Summons to Def USCIS,
e. Notice of Appearance of Q Adams,
f. Hon. Engelmayer's Individual Rules,
g. Local Rules of the United States District Courts for the Southern and Eastern Districts of New York,            *and*
h. United States District Court Southern District of New York Electronic Case Filing Rules & Instructions, November 1, 2022 Edition.

Please confirm receipt.

Regards,

**Sophie M. Nettesheim | Paralegal**
**they/them/theirs, honorific: Mx.**
**Beldock Levine & Hoffman LLP**
**99 Park Avenue, PH/26th Fl. | New York, NY 10016**
Tel: (212) 277-5889 | Fax: (212) 277-5889
SNettesheim@blhny.com | http://www.blhny.com

_____