

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

May 9, 2023

**By ECF**

The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

Re: *Reclaim the Records v. United States Citizenship and Immigration Services*, 23 Civ. 1997 (PAE)

Dear Judge Engelmayer:

This Office represents United States Citizenship and Immigration Services ("Government"), defendant in this action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").  This Office was served with the Complaint on April 26, 2023.  The current deadline for the Government's response is therefore May 26, 2023.

With plaintiffs' consent, we write respectfully to request a 30-day extension of time to file the Government's response to the complaint, currently due May 26.  If the Court were to grant this request, the Government's response would be due June 26.  The reasons for this request are twofold.  First, the parties are in the process of discussing the scope of Plaintiffs' claims, including whether Plaintiffs will pursue a putative "policy and practice" claim. Additional time will enable the parties to clarify that issue, which in turn will help the Government decide how to respond to the complaint.  Second, I recently returned to work from parental leave, and given the large number of FOIA requests at issue in this litigation and the possibility that the Government will need to prepare a partial motion to dismiss any "policy and practice" claim, I do not expect to have sufficient time to prepare the Government's response before the current deadline.

This is the Government's first request for an extension. We thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

Granted.  SO ORDERED.

*Paul A. Engelmayer* (signature)

**PAUL A. ENGELMAYER**
**United States District Judge**
May 10, 2023

By: /s/ *Ilan Stein*
ILAN STEIN
Assistant United States Attorney for the
Southern District of New York
Tel.: (212) 637-2525
Email: ilan.stein@usdoj.gov