AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Reclaim the Records, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23 Civ. 1997 (PAE) |
| United States Citizenship and Immigration Services, | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all defendants.

Date: 05/11/2023

/s/ Nancy D. Pham
*Attorney's signature*

SAUSA Nancy D. Pham, CA Bar #253709
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
*Address*

Nancy.Pham3@usdoj.gov
*E-mail address*

(202) 305-8062
*Telephone number*

(212) 637-2786
*FAX number*