UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

RECLAIM THE RECORDS, *et al.*,
                Plaintiffs,

-against-   No. 1:23-cv-01997

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,
                Defendant.
-------------------------------------------------------------------- X

     PLEASE TAKE NOTICE that, upon the annexed declaration, Katherine Adams will respectfully move this Court, at Danial Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, on a day and time to be determined by the Court, for leave to withdraw as plaintiffs' counsel in the above-captioned matter.

Dated: New York, New York
       December 22, 2023

                                                                                      _____
                                                                                   Katherine Adams
                                                                                   Beldock Levine & Hoffman LLP
                                                                                   99 Park Ave., PH/26th Floor
                                                                                   New York, NY 10016
                                                                                   (212) 277-5824