UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

RECLAIM THE RECORDS, *et al.*,

                Plaintiffs,

-against-

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

                Defendant.

---------------------------------------------------------------------- X

No. 1:23-cv-01997

## DECLARATION OF KATHERINE ADAMS IN SUPPORT OF MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL

Katherine Adams declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I am an attorney at Beldock Levine & Hoffman LLP. Beldock Levine & Hoffman LLP serves as counsel to the plaintiffs in the above-captioned matter.

2. I submit this declaration in support of my motion to withdraw as counsel.

3. I move for leave to withdraw as counsel because I am exiting my employment at Beldock Levine & Hoffman LLP.

4. My withdrawal will not cause delays in this matter and will not prejudice plaintiffs because they will continue to be represented by other attorneys of record from Beldock Levine & Hoffman LLP.

Dated: New York, New York
       December 22, 2023

                                                                            Katherine Adams