UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

RECLAIM THE RECORDS, *et al.*,
                        Plaintiffs,

-against-                                               No. 1:23-cv-01997

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,
                        Defendant.
-------------------------------------------------------------------- X

       PLEASE TAKE NOTICE that, upon the annexed declaration, Katherine Adams will respectfully move this Court, at Danial Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, on a day and time to be determined by the Court, for leave to withdraw as plaintiffs' counsel in the above-captioned matter.

Dated: New York, New York
        December 22, 2023

                                                                          Katherine Adams
                                                                            Beldock Levine & Hoffman LLP
                                                                            99 Park Ave., PH/26th Floor
                                                                            New York, NY 10016
                                                                            (212) 277-5824

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

RECLAIM THE RECORDS, *et al.*,
                Plaintiffs,

-against-

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,
                Defendant.

------------------------------------------------------------------- X

No. 1:23-cv-01997

### DECLARATION OF KATHERINE ADAMS IN SUPPORT OF MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL

Katherine Adams declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I am an attorney at Beldock Levine & Hoffman LLP. Beldock Levine & Hoffman LLP serves as counsel to the plaintiffs in the above-captioned matter.

2. I submit this declaration in support of my motion to withdraw as counsel.

3. I move for leave to withdraw as counsel because I am exiting my employment at Beldock Levine & Hoffman LLP.

4. My withdrawal will not cause delays in this matter and will not prejudice plaintiffs because they will continue to be represented by other attorneys of record from Beldock Levine & Hoffman LLP.

Dated: New York, New York
December 22, 2023

*/s/ Katherine Adams*
Katherine Adams

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
December 29, 2023

The Court appreciates this notification and awaits receipt of Ms. Adams' anticipated motion to withdraw.