UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RECLAIM THE RECORDS ET AL.,

                              Plaintiffs,

-v-

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES

                              Defendant.

23 Civ. 1997 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court has received Katherine Adams' motion to withdraw as plaintiffs' counsel. Dkt. 23. The Court hereby grants the motion. The Clerk of the Court is respectfully directed to terminate the motion at Docket 23.

      SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          Paul A. Engelmayer
                                                          United States District Judge

Dated: February 1, 2024
       New York, New York