

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

February 20, 2024

**By ECF**
The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *Reclaim the Records v. United States Citizenship and Immigration Services*,
     23 Civ. 1997 (PAE)

Dear Judge Engelmayer:

  This Office represents United States Citizenship and Immigration Services ("Government"), defendant in this action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). With plaintiffs' consent, we write respectfully to request a 30-day extension of time to file the Government's response to the complaint, currently due February 22. If the Court were to grant this request, the Government's response would be due March 25.[1] The reason for this request is that the parties continue to negotiate a possible resolution of the plaintiffs' "policy and practice" claim, as well as a possible resolution of the processing of the FOIA requests at issue in this action. The parties have made substantial progress since their last extension request, but additional time is necessary for the parties to determine whether they will be able to resolve these issues, which in turn will help the Government decide how to respond to the complaint, and in particular whether the parties will need to engage in motion practice over the "policy and practice" claim.

  This is the Government's ninth request for an extension. The Court granted the prior requests. *See* ECF No. 9, 12, 14, 16, 18, 20, 22, 26. In light of the substantial progress the parties have recently made, the parties continue to believe that continued negotiation may allow the parties to narrow the issues in dispute. The extension will not delay the processing of plaintiff's FOIA requests, which is ongoing. Nor will it affect any other scheduled dates.

  We thank the Court for its consideration of this request.

---

[1] Thirty days from February 22 is Saturday, March 23. Because that falls on a weekend, we propose that the deadline be Monday, March 25.

Respectfully,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: /s/ *Ilan Stein*
ILAN STEIN
Assistant United States Attorney for the
Southern District of New York
Tel.: (212) 637-2525
Email: ilan.stein@usdoj.gov

Granted.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
February 21, 2024