

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 1, 2024

**By ECF**

The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Reclaim the Records v. United States Citizenship and Immigration Services*,
             23 Civ. 1997 (PAE)

Dear Judge Engelmayer:

      This Office represents United States Citizenship and Immigration Services (the "Government"), defendant in this action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). With plaintiffs' consent, we write respectfully to request a 45-day extension of time to file the Government's response to the complaint, currently due May 9. If the Court were to grant this request, the Government's response would be due June 23. The reason for this request is that the parties continue to negotiate a possible resolution of the plaintiffs' "policy and practice" claim, as well as a possible resolution of the processing of the numerous FOIA requests at issue in this action. The parties have continued to make progress since their last extension request, but additional time is necessary for the parties to determine whether they will be able to resolve a few final issues, which in turn will help the Government decide how to respond to the complaint, and in particular whether the parties will need to engage in motion practice over the "policy and practice" claim.

      This is the Government's eleventh request for an extension. The Court granted the prior requests. *See* ECF No. 9, 12, 14, 16, 18, 20, 22, 26, 29, 31. In light of the progress the parties continue to make, the parties believe that continued negotiation may allow the parties to narrow the issues in dispute. The extension will not delay the processing of plaintiff's FOIA requests, which is ongoing. Nor will it affect any other scheduled dates.

      We thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: /s/ Ilan Stein
ILAN STEIN
Assistant United States Attorney for the
Southern District of New York
Tel.: (212) 637-2525
Email: ilan.stein@usdoj.gov

Granted. Given the number of previous extensions, the Court expects the parties to complete their negotiations without the need for an additional extension.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
May 6, 2024