

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 18, 2024

**By ECF**
The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Reclaim the Records v. United States Citizenship and Immigration Services*,
            23 Civ. 1997 (PAE)

Dear Judge Engelmayer:

       This Office represents United States Citizenship and Immigration Services (the "Government"), defendant in this action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). We write to inform the Court that, despite the parties' best efforts, they have been unable to resolve plaintiffs' "policy and practice" claim. The Government therefore intends to file a motion to dismiss that claim. With plaintiffs' consent, we write respectfully to propose the following briefing schedule, which accommodates counsel's vacation schedules and would provide the parties sufficient time to brief the issues:

- Opening papers due 8/16/2024
- Opposition papers due 9/13/2024
- Reply papers due 10/4/2024

       We thank the Court for its consideration of this request.

                                                                        Respectfully,

                                                                   DAMIAN WILLIAMS
                                                                   United States Attorney
                                                                     Southern District of New York

                                                          By:  */s/ Ilan Stein*
                                                                    ILAN STEIN
                                                                    Assistant United States Attorney for the
                                                                    Southern District of New York
                                                                    Tel.: (212) 637-2525
                                                                    Email: ilan.stein@usdoj.gov

The Court is prepared to sign off on this briefing schedule provided, however, that plaintiffs understand that by agreeing to the proposed briefing schedule, they are waiving the right to amend the compliant once as a matter of course under Federal Rule of Civil Procedure 15(a)(1)(B). The Court directs plaintiffs to file a letter on the docket confirming this understanding.
SO ORDERED.

           */s/ Paul A. Engelmayer*
           _____
           PAUL A. ENGELMAYER
           United States District Judge
           June 20, 2024