AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Reclaim the Records et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-01997 (PAE) |
| United States Citizenship and Immigration Services ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 07/18/2024

s/ Benjamin Meyers
*Attorney's signature*

Benjamin Meyers, 5001532
*Printed name and bar number*
Beldock Levine & Hoffman LLP
99 Park Avenue, Suite PH / 26th Floor
New York, NY 10016

*Address*

ben.meyers.esq@proton.me
*E-mail address*

646-496-2353
*Telephone number*

917-639-3910
*FAX number*