

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 18, 2024

**By ECF**
The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

     Re:    *Reclaim the Records v. United States Citizenship and Immigration Services,*
           23 Civ. 1997 (PAE)

Dear Judge Engelmayer:

     This Office represents United States Citizenship and Immigration Services (the "Government"), defendant in this action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). We write to inform the Court that, despite the parties' best efforts, they have been unable to resolve plaintiffs' "policy and practice" claim. The Government therefore intends to file a motion to dismiss that claim. With plaintiffs' consent, we write respectfully to propose the following briefing schedule, which accommodates counsel's vacation schedules and would provide the parties sufficient time to brief the issues:

        -   Opening papers due 8/16/2024
        -   Opposition papers due 9/13/2024
        -   Reply papers due 10/4/2024

     We thank the Court for its consideration of this request.

                    Respectfully,

                    DAMIAN WILLIAMS
                    United States Attorney
                    Southern District of New York

The Court, having received notification from plaintiffs By:  /s/ *Ilan Stein*
that they waive the right to amend the complaint once       ILAN STEIN
as a matter of course under Federal Rule of Civil         Assistant United States Attorney for the
Procedure 15(a)(1)(B), so-orders the proposed briefing   Southern District of New York
schedule for the anticipated motion to dismiss.         Tel.: (212) 637-2525
                                      Email: ilan.stein@usdoj.gov

SO ORDERED.   *Paul A. Engelmayer*

              PAUL A. ENGELMAYER
              United States District Judge
              July 22, 2024