## PRODUCTION CHART

| USCIS Control Number | Request Language | Pages Produced | Spreadsheets Produced | Date FOIA Request completed/ Rolling Release |
|---|---|---|---|---|
| CNT2023000001 | Contract that established the compaction of A-Files project | 129 | | 7/31/2023 |
| COW2023000088 | The MiDAS forms recognition contract that was signed circa 2017 | 76 | | 7/31/2023 |
| COW2019500629 | My reqeust is for infomration in regards to these record reconciliations and auditing procedures mentioned. Could you provide me with a copy of the Record Policy Manual (RPM) outlining these procedures? What is this process called? I am interested in obtaining a copy of the of the RPM covering these procedures, as well as any Standard Operating Procedures (SOPs) from the records holding facilities themselves. Furthermore, is there any data available relating to the finding of "lost" files? Do you have a success rate, or information on how many files have actually been found through these procedures? | 253 | | 8/11/2023 |
| COW2021002791 | Maintenance contracts and agreements in place for scanners that are used by the staff that process FOIA requests | 32 | | 9/29/2023 |
| COW2022000523 | Record of training the staff at the NRC has received from January 1, 2018-present regarding how to use the MiDAS program | 478 | | 9/29/2023 |
| COW2021002416 | All emails, including attachments, sent by and to Eunice Sohn, Brian Broderick, and Cassandra Perkins from January 1, 2012- present, containing any of the following phrases: "C-Files at Suitland" or "C Files at Suitland" or "C Files at Suitland" | 99 | | 8/30/2023 |
| COW2023000081 | RAILS data dictionary | | 1 | 10/31/2023 |
| COW2023000085 | Data dictionary for MiDAS | 2 | | 10/31/2023 |
| COW2020003314 | Any and all records related to the FOIA requests listed below, including Correspondence, emails research, notes, attachments, and any other records related to the processing and determination made in those cases. Please note I am not requesting the rejection or denial letters resent. I am requesting what is heretofore mentioned. NRC2019538562; NRC2019538568; NRC2019538569; NRC2019538570; NRC2019538575; NRC2019538581; NRC2019538867; NRC2019538869; NRC2019538872; NRC2019538874; NRC2019538879; NRC2019620092; COW2019501665; APP2020000127 | 716 | | 10/31/2023 |
| COW2021000885 | In relation to A-files closed prior to 1975 (prior to the launch of the Central Index System database) and C-Files: 1. What exactly is DHS doing to rectify the problem? What are the record reconciliations and auditing procedures in place? Are these the same for both the lost/missing A-files and lost/missing C-files? 2. Can you please send a copy of the protocols, procedures, SOPS, or other guidance being followed by the Department regarding reconciliation and auditing of these lost files? 3. Do you have data on how many "lost files are "reconciled", and to which type of files they relate? Can you proivde statistics on the number of files "found" and indexed annually since 2010? If so, can the number of A-files "found" be broken out by A# million series (i.e., xx below 1 million, xx between 1 million and 2 million, xx between 2 million and 3 million, etc.)? | 200 | | 11/30/2023 |
| COW2021003447 | All emails, including attachments, sent to/from andrew.b.smith@uscis.dhs.gov from January 1, 2019- the date of processing this request, which contain the any of the following phrases "PFile" "P File" "P-File" "PFiles" "P Files" or "P-Files" | 114 | | 11/30/2023 |
| COW2023000089 | Reports about the end of the compaction of A-Files project | 100 | | 11/30/2023 |
| COW2022000524 | Logs or reports of everyone who has logged into MIDAS (and when, if possible) from January 1, 2018-present | | 1 | 11/30/2023 |
| COW2021000583 | FOIA Log of all FOIA requests processed in the calendar year 2020 | | 12 | 11/30/2023 |
| COW2021000584 | Log of all FOIA Requests appealed in the calendar year 2020 | | 12 | 11/30/2023 |
| COW2022006260 | FOIA Log from January 1, 2019-Date of processing | | 48 | 11/30/2023 |

| | | | | |
|---|---|---|---|---|
| COW2021001267 | All emails sent to, from, cc'd to, or cc'd by Donna.R.Ring@uscis.dhs.gov from January 1, 2021-April 1, 2021 which includes the keywords "PFile" "P-File" "P File" "P-Files" "P Files" or "PFiles". Please include attachments. | 68 | | 11/30/2023 |
| COW2021004803 | Log of all FOIA requests from the LIT queue, for 2015-date of processing | | 1 | 11/30/2023 |
| COW2022006258 | FOIA Log from January 1, 2000-December 31, 2007 | | 7 | 12/29/2023 |
| COW2022006259 | FOIA Log from January 1, 2008-December 31, 2010 | | 3 | 12/29/2023 |
| COW2021003889 | All emails sent between the domain @logicsoftusa.com and the following two USCIS employees: Dalva Huntley and Cassandra S Perkins: . Please constrain this request to the date range from January 1, 2017-present. Please include attachments. | 118 | | 12/29/2023 |
| COW2023000090 | The final decision document to end the compaction of A-Files project. This would have been written circa 2016 | 5 | | 12/29/2023 |
| COW2021000728 | Please send me a list and/or screenshots of titles of all routine statistical reports generated from the Central Index System (CIS) | 8 | | 12/29/2023 |
| COW2021003612 | All invoices received by USCIS for storage space used in the Lee's Summit Federal Records Center from the calendar year 2019 | 117 | | 1/31/2024 |
| COW2021001279 | List of people on all email distribution lists of which Donna.R.Ring@uscis.dhs.gov is a part | | 1 | 12/29/2023 |
| COW2021001280 | List of people on all email distribution lists of which Jarrod.T.Panter@uscis.dhs.gov is a part | | 1 | 12/29/2023 |
| COW2022006130 | All contracts signed with the United States Holocaust Memorial Museum regarding the FOREIGN ADDRESS AND OCCUPATION INDEX: https://www.ushmm.org/online/hsv/source_view.php?SourceId=33257 | 3 | | 12/29/2023 |
| COW2022000637 | All Mission statements in use from 2021-present for the Immigration Records and Identity Services Directorate | 1 | | 12/29/2023 |
| COW2021000988 | All email correspondence between and any email domains ending with @naphsis.org and @uscis.dhs.gov between the years 2015 and 2020 containing the phrases "EVVE" or "Electronic Verification of Vital Events." Please include attachments. | 238 | | 12/29/2023 |
| COW2021002526 | Organizatioinal chart of the Immigration Records and Identity Services Directorate showing all possible staff members | 39 | | 1/31/2024 |
| COW2021001700 | All emails between Andrew Smith and any email account with @nara.gov from January 1, 2008-present. Please include emails that were sent to, from, cc'd to, or cc'd by Ms. Canard and include attachments. For the purpose of narrowing this request, please only search for emails which contain the phrase "AR2", "AR-2", "AR 2" OR "Alien Registration" | 77 | | 2/9/2024 |
| COW2021005225 | An excel or csv file of the "CO Subject Files inventory spreadsheet" that is referenced on page 39 of contract HSSCCG-17-C-00014 | | 1 | 1/31/2024 |
| COW2021002077 | Inventory, spreadsheets, lists, finding aids, etc, documenting the different microfilm collections held by the USCIS History Library | | 3 | 1/31/2024 |
| COW2021002078 | Inventory, spreadsheets, lists, finding aids, etc., documenting the different digital collections held by the USCIS History Library. | | 3 | 1/31/2024 |
| COW2021002413 | Emails sent by or to the USCIS General Counsel's Office, including attachments, between January 1, 2015 and present, that contain both of the following phrases: "legal authority" and "genealogy program | 10 | | 1/31/2024 |
| COW2021004053 | All emails sent to, from, cc'd to, or cc'd by any domain ending with "@uscis.dhs.gov" from January 1, 2020-April 1, 2021 which includes the keywords "Alec" and "Ferretti". Please include attachments. | 474 | | 2/29/2024 Rolling Release |

**PRODUCTION CHART**

| | | | | |
|---|---|---|---|---|
| COW2021000931 | Reports detailing amounts of amount of FOIA requests redirected to the Genealogy Probram. If no report exists, please provide for me copies of all redirection letters | | 1 | 2/29/2024 |
| COW2021003465 | File directory of the shared drive used by the Identity & Information Management Division to store internal documents | 1 | | 3/29/2024 |
| COW2021003962 | All memos, correspondence, and documentation created during the process by which IIMD and OIT (two USCIS programs) enhanced the MiDAS System or discussed enhancing the MiDAS system after the conclusion of the digitization done via Contract HSSCCG-17-C-00014.  See the attached statement of work which was contained in this contract. | 15 | | 3/29/2024 |
| COW2021005079 | Emails, memoranda of understanding, agreements, or records of the conversations held with the Italian consulate that are referenced in the attached letter | 17 | | 3/29/2024 |
| COW2021000585 | Please provide copies of all emails including attachments, beginning January 1, 2015 and ending February 12, 2021 sent to or received by Tammy Meckley (Associate Director, Immigration Records and Identity Services Directorate) that contain any of the following words: genealogy, geneology, genealogist, genealogists, geneologist, geneologists. You request that the search for Tammy Meckley's name or email address should include all of the following fields: "to", "from", "cc" and "bcc" fields. | 234 | | 3/29/2024 Rolling Release |
| | | 89 | | 4/30/2024 Rolling Release |
| | | 294 | | 5/31/2024 Rolling Release |
| | | 295 | | 6/28/2024 Rolling Release |
| | | 201 | | 7/31/2024 Rolling Release |
| COW2022000526 | All MIDAS training materials that have been created or used from January 1, 2018 to present | 239 | | 7/31/2024 |
| COW2022005001 | All Brosix messages sent by Tammy Meckley between Jan 1, 2021, and the date of processing which contain the any of the following phrases: P-File, P- Files, P File, P Files, Petition File, or Petition Files. | No Record | | 6/28/2024 |

3