**BELDOCK LEVINE & HOFFMAN LLP**

99 PARK AVENUE, PH/26TH FLOOR

NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
   (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF: 828900.06300

WRITER'S DIRECT DIAL:
(646) 496-2353
ben.meyers.esq@proton.me

September 9, 2024

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: *Reclaim the Records, et al. v. United States Citizenship and Immigration Services*, No. 23 Civ. 1997 (PAE)

Your Honor:

I am Of Counsel to Beldock Levine & Hoffman LLP, representing Plaintiffs in the above-referenced action brought pursuant to the Freedom of Information Act. I write to respectfully request a 14-day extension of the September 13, 2024 deadline for Plaintiffs' response to Defendant's motion to dismiss, for summary judgment, or for severance. Plaintiffs will also be cross-moving for summary judgment, and respectfully request a deadline for their reply brief. Taking into consideration the Jewish holidays, election day, and Veterans Day, counsel for both sides have agreed to the following revised schedule:

|  | Original due date | Proposed revised date |
|---|---|---|
| Plaintiffs' response to Defendant's motion | September 13, 2024 | September 27, 2024 |
| Defendant's reply | October 4, 2024 | November 1, 2024 |
| Plaintiffs' reply on cross-motion |  | November 22, 2024 |

This is the first request by Plaintiffs for an extension of the briefing schedule. Prior to the present motion and during efforts to narrow or resolve the issues in the case, the Court granted eleven extensions of Defendant's time to answer (ECF Nos. 9, 12, 14, 16, 18, 20, 22, 26, 29, 31 and 33).

I thank the court for its consideration of this request.

BELDOCK LEVINE & HOFFMAN LLP

The Honorable Paul A. Engelmayer
September 9, 2024
Page 2

Respectfully submitted,

/s/ Benjamin Meyers
Benjamin Meyers

cc: Defendant's counsel (by ECF)

Granted.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
September 9, 2024