# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF: 828900.06300

WRITER'S DIRECT DIAL:
(646) 496-2353
ben.meyers.esq@proton.me

September 25, 2024

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: *Reclaim the Records, et al. v. United States Citizenship and Immigration Services*, No. 23 Civ. 1997 (PAE)

Your Honor:

I am Of Counsel to Beldock Levine & Hoffman LLP, representing Plaintiffs in the above-referenced action brought pursuant to the Freedom of Information Act. I write to respectfully request a final 7-day extension of the deadline for Plaintiffs' response to Defendant's motion to dismiss, for summary judgment, or for severance.

Plaintiffs have made one previous extension request on September 9, granted the same day. We respectfully request this additional time to permit completion of a Declaration by one of the plaintiffs, which will assist the Court in understanding the claims but which will require slightly more time than expected to complete. Counsel for the Defendant has consented to this request, and to the proposed revised schedule below:

|  | Current due date | Proposed revised date |
|---|---|---|
| Plaintiffs' response to Defendant's motion | September 27, 2024 | October 4, 2024 |
| Defendant's reply | November 1, 2024 | November 8, 2024 |
| Plaintiffs' reply on cross-motion | November 22, 2024 | November 27, 2024 |

This is the second request by Plaintiffs for an extension of the briefing schedule. Prior to the present motion and during efforts to narrow or resolve the issues in the case, the Court granted eleven extensions of Defendant's time to answer (ECF Nos. 9, 12, 14, 16, 18, 20, 22, 26, 29, 31 and 33).

BELDOCK LEVINE & HOFFMAN LLP
The Honorable Paul A. Engelmayer
September 25, 2024
Page 2

    I thank the court for its consideration of this request.

Respectfully submitted,

/s/ Benjamin Meyers
Benjamin Meyers

cc: Defendant's counsel (by ECF)

Granted.
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
September 25, 2024