| Req No. | Control Number | Text of Request | Track app'd | Submit Date | Response Letter Date | Work days between sub and filing date | Work days between sub and resp. (if any) | Work days between sub and Motion (if no resp) |
|---|---|---|---|---|---|---|---|---|
| 1 | COW2019500629 | Records Policy Manual re: reconciliations and auditing procedures for missing A- and C-Files, "SOPs from the records holding facilities" and "data available relating to the finding of 'lost' files" | 2 | 6/18/19 | 8/11/23 | 930 | 1039 | |
| 2 | COW2020003314 | Case notes or emails regarding NRC2019538562; NRC2019538568; NRC2019538569; NRC2019538570; NRC2019538575; NRC2019538581; NRC2019538867; NRC2019538869; NRC2019538872; NRC2019538874; NRC2019538879; NRC2019620092; COW2019501665; APP2020000127 | 2 | 8/21/20 | 10/31/23 | 633 | 797 | |
| 3 | COW2021000583 | FOIA Log of all FOIA requests processed in the calendar year 2020. | 1 | 2/12/21 | 11/30/23 | 516 | 700 | |
| 4 | COW2021000584 | FOIA Log of all FOIA Appeals processed in the calendar year 2020. | 1 | 2/12/21 | 11/30/23 | 516 | 700 | |
| 5 | COW2021000585 | all emails including attachments, beginning January 1, 2015 and ending February 12, 2021 sent to or received by Tammy Meckley (Associate Director, Immigration Records and Identity Services | 2 | 2/12/21 | 3/29/24 | 516 | 783 | |
| 6 | COW2021000728 | A list and/or screenshots of titles of all routine statistical reports generated from the Central Index System (CIS) | 1 | 2/23/21 | 12/29/23 | 510 | 714 | |
| 7 | COW2021000885 | all records regarding efforts to rectify lost and missing A-Files and C-Files, and records of any reconciliation and auditing procedures | 1 | 2/1/21 | 11/30/23 | 525 | 709 | |
| 8 | COW2021000928 | Staff directory, showing all staff of the FOIA division of USCIS, including their name, email address, and position | 2 | 3/10/21 | 9/30/24 | 499 | 893 | |
| 9 | COW2021000929 | Official calendars of Jill Eggleston for the calendar years 2018-2021. | 2 | 3/10/21 | | 499 | | 858 |
| 10 | COW2021000931 | Reports detailing amounts of amount of FOIA requests redirected to the Genealogy Program. If no reports exist, please provide for me copies of all redirection letters. | 1 | 3/10/21 | 2/29/24 | 499 | 745 | |
| 11 | COW2021000986 | Procedure manuals and staff instructions regarding how to use the Electronic Verification of Vital Events or Electronic Verification of Vital Events - Fact of Death systems, which USCIS uses to determine if individuals are living or dead | 2 | 3/13/21 | | 496 | | 855 |

| Req No. | Control Number | Text of Request | Track app'd | Submit Date | Response Letter Date | Work days between sub and filing date | Work days between sub and resp. (if any) | Work days between sub and Motion (if no resp) |
|---|---|---|---|---|---|---|---|---|
| 12 | COW2021000988 | All email correspondence between and any email domains ending with @naphsis.org and @uscis.dhs.gov between the years 2015 and 2020 containing the phrases "EVVE" or "Electronic Verification of Vital Events." Please include attachments. | 2 | 3/13/21 | 12/29/23 | 496 | 700 | |
| 13 | COW2021000990 | Please provide screenshots or extracts of official staff calendars for every entire day of scheduling which has the word "NAPHSIS." Please do a global search of all employees, and search from the years 2015-2020. | 2 | 3/13/21 | | 496 | | 855 |
| 14 | COW2021001265 | All emails sent to, from, cc'd to, or cc'd by Donna.R.Ring@uscis.dhs.gov from March 1, 2021-April 1, 2021. Please include attachments. | 2 | 4/4/21 | | 481 | | 840 |
| 15 | COW2021001266 | All emails sent to, from, cc'd to, or cc'd by Donna.R.Ring@uscis.dhs.gov from January 1, 2020-April 1, 2021 which includes the keywords "FOIA" or "Freedom of information". Please include attachments. | 2 | 4/4/21 | | 481 | | 840 |
| 16 | COW2021001267 | All emails sent to, from, cc'd to, or cc'd by Donna.R.Ring@uscis.dhs.gov from January 1, 2020-April 1, 2021 which includes the keywords "PFile" "P-File" "P File" "P-Files" "P Files" or "PFiles". Please include attachments. | 2 | 4/4/21 | 11/30/23 | 481 | 665 | |
| 17 | COW2021001268 | All emails sent to, from, cc'd to, or cc'd by Genealogy.USCIS@uscis.dhs.gov from March 1, 2021-April 1, 2021 which includes the keywords "FOIA" or "Freedom of Information". Please include attachments. | 2 | 4/4/21 | | 481 | | 840 |
| 18 | COW2021001269 | All emails sent to, from, cc'd to, or cc'd by Genealogy.USCIS@uscis.dhs.gov from January 1, 2021-April 1, 2021 which includes the keywords "dual citizenship" or "dual-citizenship". Please include attachments. | 2 | 4/4/21 | | 481 | | 840 |
| 19 | COW2021001271 | All emails sent to, from, cc'd to, or cc'd by foiapaquestions@uscis.dhs.gov from January 1, 2020-April 1, 2021 which includes the keywords "Genealogy" Geneaology" or "Geneology". Please include attachments. | 2 | 4/4/21 | | 481 | | 840 |

| Req No. | Control Number | Text of Request | Track app'd | Submit Date | Response Letter Date | Work days between sub and filing date | Work days between sub and resp. (if any) | Work days between sub and Motion (if no resp) |
|---|---|---|---|---|---|---|---|---|
| 20 | COW2021001272 | All emails sent to, from, cc'd to, or cc'd by foiapaquestions@uscis.dhs.gov from March 1, 2021-April 1, 2021 which includes the keywords "denial" or "rejection". Please include attachments. | 2 | 4/4/21 | | 481 | | 840 |
| 21 | COW2021001274 | All emails sent to, from, cc'd to, or cc'd by Jarrod.T.Panter@uscis.dhs.gov from January 1, 2020-April 1, 2021 which includes the keywords "genealogy". Please include attachments. | 2 | 4/4/21 | 8/30/24 | 481 | 855 | |
| 22 | COW2021001279 | List of people on all email distribution lists of which Donna.R.Ring@uscis.dhs.gov is a part | 2 | 4/4/21 | 12/29/23 | 481 | 685 | |
| 23 | COW2021001280 | List of people on all email distribution lists of which Jarrod.T.Panter@uscis.dhs.gov is a part | 2 | 4/4/21 | 12/29/23 | 481 | 685 | |
| 24 | COW2021001431 | Screenshots, reports, or extracts of email metadata for Donna.R.Ring@uscis.dhs.gov from January 1, 2020-April 1, 2021 which show how many emails contain the keywords "FOIA" or "Freedom of information" | 2 | 4/13/21 | | 475 | | 834 |
| 25 | COW2021001700 | All emails between Andrew Smith and any email account with @nara.gov from January 1, 2008 - present. Please include emails that were sent to, from, cc'd to, or cc'd by Ms Canard and include attachments. For the purposes of narrowing this request, please only search for emails which contain the phrase "AR2" "AR-2" "AR 2" OR "Alien Registration". | 2 | 5/3/21 | 1/31/24 | 461 | 687 | |
| 26 | COW2021002077 | Inventory, spreadsheets, lists, finding aids, etc, documenting the different microfilm collections held by the USCIS History Library | 2 | 6/1/21 | 1/31/24 | 441 | 667 | |
| 27 | COW2021002078 | Inventory, spreadsheets, lists, finding aids, etc, documenting the different digital collections held by the USCIS History Library | 2 | 6/1/21 | | 441 | | 800 |
| 28 | COW2021002412 | All email attachments (or emails including attachments - whichever is simpler) sent from the Genealogy.USCIS@uscis.dhs.gov inbox from January 1, 2015-present, from emails which contain the phrase "The attached letter includes the results to your index search request" | 2 | 6/24/21 | | 425 | | 784 |

| Req No. | Control Number | Text of Request | Track app'd | Submit Date | Response Letter Date | Work days between sub and filing date | Work days between sub and resp. (if any) | Work days between sub and Motion (if no resp) |
|---|---|---|---|---|---|---|---|---|
| 29 | COW2021002413 | Emails sent by or to the USCIS General Counsel's Office, including attachments, between January 1, 2015 and present, that contain both of the following phrases: "legal authority" and "genealogy program" | 2 | 6/24/21 | 1/31/24 | 425 | 651 | |
| 30 | COW2021002416 | All emails, including attachments, sent by and to Eunice Sohn, Brian Broderick, and Cassandra Perkins from January 1, 2012-present, containing any of the following phrases: "C-Files at Suitland" OR "C Files at Suitland" or "CFiles at Suitland" | 2 | 6/24/21 | 8/30/23 | 425 | 547 | |
| 31 | COW2021002502 | Database extract of all records retrieved from the Genealogy Program from January 1, 2015-present, including type of record, file number, name, date of birth, and county of birth. Please include all other fields that can be extracted. | 1 | 6/30/21 | | 421 | | 780 |
| 32 | COW2021002526 | Organizational chart of the Immigration Records and Identity Services Directorate showing all possible staff members | 2 | 7/1/21 | 1/31/24 | 420 | 646 | |
| 33 | COW2021002528 | Directory of all staff members of the Immigration Records and Identity Services Directorate, including all fields of data. These may include but are not limited to name, position, email address, office phone number, cell phone number | 2 | 7/1/21 | | 420 | | 779 |
| 34 | COW2021002529 | All emails, including attachments sent by or to Tammy Meckley from January 1, 2019- the date of processing this request which contain the keyword "genealogy" | 2 | 7/1/21 | | 420 | | 779 |
| 35 | COW2021002791 | Maintenance contracts and agreements in place for scanners that are used by the staff that process FOIA requests | 2 | 7/21/21 | 9/29/23 | 407 | 550 | |
| 36 | COW2021003438 | (1) manuals, (2) policies, and (3) directives, that govern the FOIA program's practices for redacting PII from FOIA responses | 2 | 8/25/21 | | 382 | | 741 |
| 37 | COW2021003439 | (1) manuals, (2) policies, and (3) directives, that govern the Press Office's policies for releasing information about naturalization/citizenship status of living individuals | 2 | 8/25/21 | | 382 | | 741 |
| 38 | COW2021003447 | All emails, including attachments, sent to/from andrew.b.smith@uscis.dhs.gov from January 1, 2019- the date of processing this request, which contain the any of the following phrases "PFile" "P File" "P-File" "PFiles" "P Files" or "P-Files" | 2 | 8/25/21 | 11/30/23 | 382 | 566 | |

| Req No. | Control Number | Text of Request | Track app'd | Submit Date | Response Letter Date | Work days between sub and filing date | Work days between sub and resp. (if any) | Work days between sub and Motion (if no resp) |
|---|---|---|---|---|---|---|---|---|
| 39 | COW2021003465 | File directory of the shared drive used by the Identity & Information Management Division to store internal documents | 1 | 8/26/21 | 3/29/24 | 381 | 648 | |
| 40 | COW2021003467 | (1) manuals, (2) policies, and (3) directives, that govern the FOIA program's practice of redirecting requests for historical records to the Genealogy Program | 2 | 8/26/21 | | 381 | | 740 |
| 41 | COW2021003468 | (1) manuals, (2) policies, and (3) directives, that govern the FOIA program's practice of redirecting some FOIA requests to other agencies | 2 | 8/26/21 | | 381 | | 740 |
| 42 | COW2021003469 | (1) manuals, (2) policies, and (3) directives, that govern the FOIA program's practice of redacting personally identifying information from responsive records | 2 | 8/26/21 | | 381 | | 740 |
| 43 | COW2021003612 | All invoices received by USCIS for storage space used in the Federal Records Center from the calendar year 2019 | 2 | 9/7/21 | 12/29/23 | 374 | 578 | |
| 44 | COW2021003889 | All emails sent between the domain @logicsoftusa.com and the following two USCIS employees: Dalva Huntley and Cassandra S Perkins: . Please constrain this request to the date range from January 1, 2017-present. Please include attachments. | 2 | 9/26/21 | 12/29/23 | 360 | 564 | |
| 45 | COW2021003962 | All memos, correspondence, and documentation created during the process by which IIMD and OIT (two USCIS programs) enhanced the MiDAS System or discussed enhancing the MiDAS system after the conclusion of the digitization done via Contract HSSCCG-17-C-00014. | 2 | 9/29/21 | 3/29/24 | 358 | 625 | |
| 46 | COW2021003964 | Records in possession of the IIMD regarding the disposition of the deliverables received per Contract HSSCCG-17-C-00014 and the attached statement of work | 2 | 9/29/21 | | 358 | | 717 |
| 47 | COW2021004053 | All emails sent to, from, cc'd to, or cc'd by any domain ending with "@uscis.dhs.gov" from January 1, 2020-April 1, 2021 which includes the keywords "Alec" and "Ferretti". Please include attachments. | | 10/6/21 | 2/29/24 | 353 | 599 | |
| 48 | COW2021004274 | Official calendars and schedules of Daniel H. Edgington from January 1, 2017- date of processing of this request | 2 | 10/20/21 | | 344 | | |
| 49 | COW2021004803 | Log of all FOIA requests from the LIT queue, for 2015-date of processing | 2 | 11/16/21 | 11/30/23 | 326 | 510 | |

| Req No. | Control Number | Text of Request | Track app'd | Submit Date | Response Letter Date | Work days between sub and filing date | Work days between sub and resp. (if any) | Work days between sub and Motion (if no resp) |
|---|---|---|---|---|---|---|---|---|
| 50 | COW2021005079 | Emails, memoranda of understanding, agreements, or records of the conversations held with the Italian consulate that are referenced in the attached letter | | 12/7/21 | 11/29/23 | 312 | 495 | |
| 51 | COW2021005214 | all emails including attachments, beginning February 13, 2021 and ending December 13, 2021 sent to or received by Tammy Meckley, Associate Director, Immigration Records and Identity Services Directorate, that contain any of the following words: genealogy, geneology, genealogist, genealogists, geneologist, geneologists, genealogical, geneological. The search for Tammy Meckley's name or email address should include all of the following fields: "to", "from", "cc" and "bcc" fields. | 2 | 12/13/21 | 9/30/24 | 308 | 702 | |
| 52 | COW2021005218 | Tammy Meckley's outlook calendar for February 2, 2021. | 2 | 12/14/21 | | 307 | | 666 |
| 53 | COW2021005225 | An excel or csv file of the "CO Subject Files inventory spreadsheet" that is referenced on page 39 of contract HSSCCG-17-C-00014 | 2 | 12/14/21 | 1/31/24 | 307 | 533 | |
| 54 | COW2022000304 | Record maintained by the USCIS finance office of refunds issued for Form G-1041 and for Form G-1041A from January 1, 2008-present. These include cumulative totals or record detailing instances of each refund. | 2 | 1/20/22 | 9/30/24 | 283 | 677 | |
| 55 | COW2022000523 | Record of training the staff at the NRC has received from January 1, 2018-present regarding how to use the MiDAS program | 2 | 2/3/22 | 9/29/23 | 273 | 416 | |
| 56 | COW2022000524 | Logs or reports of everyone who has logged into MIDAS (and when, if possible) from January 1, 2018-present | 2 | 2/3/22 | 11/30/23 | 273 | 457 | |
| 57 | COW2022000525 | Reports of all individuals who currently have access to MIDAS | 2 | 2/3/22 | 9/30/24 | 273 | 667 | |
| 58 | COW2022000526 | All MIDAS training materials that have been created or used from January 1, 2018 to present. | 2 | 2/3/22 | 1/31/24 | 273 | 499 | |
| 59 | COW2022000637 | All Mission statements in use from 2021-present for the Immigration Records and Identity Services Directorate | 1 | 2/9/22 | 12/29/23 | 269 | 473 | |
| 60 | COW2022000639 | All Mission statements in use from 2021-present for the National Records Center Division of the Immigration Records and Identity Services Directorate | 2 | 2/9/22 | | 269 | | 628 |

| Req No. | Control Number | Text of Request | Track app'd | Submit Date | Response Letter Date | Work days between sub and filing date | Work days between sub and resp. (if any) | Work days between sub and Motion (if no resp) |
|---|---|---|---|---|---|---|---|---|
| 61 | COW2022001030 | a copy of the most recent USCIS FOIA/PA Handbook plus any USCIS FOIA Information Bulletins or other updates conveyed via memo that have been issued since the date of that handbook | 2 | 2/28/22 | | 257 | | 616 |
| 62 | COW2022002517 | A scan of the publication "Telegraphic Code Of The Immigration And Naturalization Service. M-71. July 1, 1955" | 2 | 5/17/22 | | 201 | | 560 |
| 63 | COW2022002912 | all emails, including attachments, sent to or received by Tammy Meckley, Associate Director, Immigration Records and Identity Services Directorate, beginning February 1, 2022 and ending June 15, 2022, that contain any of the following words: genealogy, geneology, genealogist, genealogists, geneologist, geneologists, genealogical. | 2 | 6/15/22 | | 181 | | 540 |
| 64 | COW2022004635 | All emails sent to or from Tammy Meckley from June 16, 2022 and ending September 18,2022, that contain any of the following words: genealogy, geneology, genealogist, genealogists, geneologist, geneologists, genealogical. | 2 | 9/19/22 | | 116 | | 475 |
| 65 | COW2022004771 | Official employee calendars for Donna Ring from January 1, 2019-present | 2 | 9/26/22 | | 111 | | 470 |
| 66 | COW2022004772 | Official employee calendars for Tammy Meckley from January 1, 2019-present | 1 | 9/26/22 | | 111 | | 470 |
| 67 | COW2022004773 | Official employee calendars for Daniel Edgington from Oct 20, 2021-present | 1 | 9/26/22 | | 111 | | 470 |
| 68 | COW2022005001 | All Brosix messages sent by Tammy Meckley between Jan 1, 2021 and the date of processing which contain the any of the following phrases: P-File, P-Files, P File, P Files, Petition File, or Petition Files | 2 | 10/8/22 | | 101 | | 460 |
| 69 | COW2022005425 | A scrape/extract of the CIS database, of all non-exempt fields pertaining to individuals who were born before October 28, 1922 | 1 | 10/28/22 | | 88 | | 447 |
| 70 | COW2022005426 | A scrape/extract of the MiDAS database, of all non-exempt fields pertaining to individuals who were born before October 28, 1922. Note page two of the attached SF-115, in which it is stated that MiDAS has this capability, as the data is supposed to be sent to NARA every five years. | 2 | 10/28/22 | | 88 | | 447 |

| Req No. | Control Number | Text of Request | Track app'd | Submit Date | Response Letter Date | Work days between sub and filing date | Work days between sub and resp. (if any) | Work days between sub and Motion (if no resp) |
|---|---|---|---|---|---|---|---|---|
| 71 | COW2022005635 | a database export/scrape of the Flexoline Index from MiDAS, including all fields of data for all individuals born before 6 Nov 1922. This database was exported in the past and a copy was given to the National Archives. See the entry in the NARA Catalog: https://catalog.archives.gov/id/200294723. | 1 | 11/6/22 | | 82 | | 441 |
| 72 | COW2022006130 | All contracts signed with the United States Holocaust Memorial Museum regarding the FOREIGN ADDRESS AND OCCUPATION INDEX: https://www.ushmm.org/online/hsv/source_view.php?SourceId=33257 | 2 | 12/6/22 | 12/29/23 | 63 | 267 | |
| 73 | COW2022006258 | FOIA Log from January 1, 2000-December 31, 2007 | 2 | 12/13/22 | 12/29/23 | 58 | 262 | |
| 74 | COW2022006259 | FOIA Log from January 1, 2008-December 31, 2010 | 2 | 12/13/22 | 12/29/23 | 58 | 262 | |
| 75 | COW2022006260 | FOIA Log from January 1, 2019-Date of processing | 2 | 12/13/22 | 11/30/23 | 58 | 242 | |
| 76 | COW2022006262 | Log of all Genealogy Program requests, 2008-present. | 2 | 12/13/22 | | 58 | | 417 |
| 77 | COW2022006263 | All emails, including attachments, sent by or to Tammy Meckley from Jan 1, 2020-date of processing which contain the word "historical" | 2 | 12/13/22 | | 58 | | 417 |
| 78 | CNT2023000001 | Contract that established the compaction of A-Files project | 2 | 1/5/23 | 7/31/23 | 43 | 143 | |
| 79 | COW2023000081 | RAILS data dictionary | 2 | 1/5/23 | 10/31/23 | 43 | 207 | |
| 80 | COW2023000085 | Data dictionary for MiDAS | 2 | 1/5/23 | 10/31/23 | 43 | 207 | |
| 81 | COW2023000088 | MiDAS forms recognition contract | 2 | 1/5/23 | 7/31/23 | 43 | 143 | |
| 82 | COW2023000089 | Reports about the end of the compaction of A-Files project | | 1/5/23 | 11/30/23 | 43 | 227 | |
| 83 | COW2023000090 | The final decision document to end the compaction of A-Files project. This would have been written circa 2016 | | 1/5/23 | 12/29/23 | 43 | 247 | |
| 84 | COW2023000103 | All emails, including attachments sent by or to Tammy Meckley from January 1, 2010- the date of processing this request which contain the keyword "compaction" | 2 | 1/5/23 | | 43 | | 402 |
| 85 | COW2023000105 | All emails, including attachments sent by or to Robert Cowan from January 1, 2010- the date of processing this request which contain the keyword "Rafacs" | 2 | 1/5/23 | | 43 | | 402 |

| Req No. | Control Number | Text of Request | Track app'd | Submit Date | Response Letter Date | Work days between sub and filing date | Work days between sub and resp. (if any) | Work days between sub and Motion (if no resp) |
|---|---|---|---|---|---|---|---|---|
| 86 | COW2023000152 | A spreadsheet exported from RAILS, preferably in csv or xlsx format, of every A-File numbered below 8 million that has been requested from January 1, 2010-date of processing. Please provide this file and include all disclosable columns of data, including but not limited to the organizational unit responsible party code, the date of the request, the date the file was retrieved, the date the file was reshelved, the accession number, and the box number. | 2 | 1/7/23 | 8/30/24 | 41 | 415 | |
| 87 | COW2023000153 | A spreadsheet exported from RAILS, preferably in csv or xlsx format, of every A-File numbered above 8 million that has been requested from January 1, 2010-date of processing. Please provide this file and include all disclosable columns of data, including but not limited to the organizational unit responsible party code, the date of the request, the date the file was retrieved, the date the file was reshelved, the accession number, and the box number. | 2 | 1/7/23 | 8/30/24 | 41 | 415 | |
| 88 | COW2023000154 | A spreadsheet exported from RAILS, preferably in csv or xlsx format, of every C-File numbered above 6.5 million that has been requested from January 1, 2010-date of processing. Please provide this file and include all disclosable columns of data, including but not limited to the organizational unit responsible party code, the date of the request, the date the file was retrieved, the date the file was reshelved, the accession number, and the box number. | 2 | 1/7/23 | 8/30/24 | 41 | 415 | |
| 89 | COW2023000155 | A spreadsheet exported from RAILS, preferably in csv or xlsx format, of every C-File numbered below 6.5 million that has been requested from January 1, 2010-date ofprocessing. Please provide this file and include all disclosable columns of data, including but not limited to the organizational unit responsible party code, the date of the request, the date the file was retrieved, the date the file was reshelved, the accession number, and the box number. | 2 | 1/7/23 | 8/30/24 | 41 | 415 | |
| | | | | | Average | 311.460674 | 545.88 | 660.81579 |