UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RECLAIM THE RECORDS, ALEC FERRETTI,
ALEX CALZARETH, and RICH VENEZIA,

                Plaintiffs,

  -against-                                23 **CIVIL 1997 (PAE)**

                                            **JUDGMENT**

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 27, 2025, the Court (1) dismisses the claim of plaintiff Reclaim the Records under Rule 12(b)(1), for lack of standing; this dismissal is without prejudice; (2) grants summary judgment to USCIS on the claims of the Individual Plaintiffs; and (3) denies all other motions as moot. Accordingly, the case is closed.

**Dated:** New York, New York

      March 27, 2025

                                                      **TAMMI M HELLWIG**
                                                       **Clerk of Court**

                             **BY:**

                                                       **Deputy Clerk**